ACCEPTED
07-15-00181-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/13/2015 10:17:51 AM
Vivian Long, Clerk

NO. 07-15-181-CR

| | | |
|---|---|---|
| MICHAEL DON DENTON | § | IN THE COURT OF APPEALS |
| | § | |
| v. | § | OF TEXAS FOR THE |
| | § | |
| THE STATE OF TEXAS | § | SEVENTH JUDICIAL DISTRICT |

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
8/13/2015 10:17:51 AM
VIVIAN LONG
CLERK

# MOTION TO EXTEND TIME TO FILE THE APPELLANT'S BRIEF, BY 15 DAYS

**TO THE HONORABLE JUDGES OF THIS COURT:**

COMES NOW Michael Don Denton, Appellant in the above-entitled and numbered cause, and moves the Court to extend time to file the brief by 15 days. In support thereof, Appellant respectfully shows the Court the following:

## I.

The brief is due on August 12, 2015. One prior extension has been sought and granted.

## II.

The reasons for this request are as follows. Counsel has had insufficient time to prepare the brief. He took an annual vacation to England and France, and returned on August 10, 2015. In the thirty days preceding this Motion, counsel has filed the following brief:

*Finch v. State*, 07-15-104-CR – opening brief filed 7/15/15

WHEREFORE, the appellant prays the Court extend the time for filing the brief to August 27, 2015.

Respectfully submitted,

/s/ JOHN BENNETT
John Bennett
P.O. Box 19144
Amarillo, TX 79114
(806) 282-4455
Fax: (806) 398-1988
State Bar Number 00785691
AppealsAttorney@gmail.com
Attorney for the Appellant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion was served on Warren Clark, Esq., Randall County Assistant Criminal District Attorney, by email to him at wclark@randallcounty.org on August 12, 2015.

/s/ JOHN BENNETT
John Bennett